

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00934-CR

Omar Benitez **ARIAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6599
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The court reporter responsible for filing the portion of the reporter's record relating to pre-trial hearings in this appeal filed a notification of late record informing the court that the reporter's record has not been filed because appellant has failed to file a designation of record. TEX. R. APP. P. 34.6(b)(1).

We, therefore, **ORDER** appellant to file written proof to this court on or before **January 22, 2019** that he has filed a designation of record with the court reporter. *See* TEX. R. APP. P. 34.6(b)(c). If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court